

## OFFICE OF THE ATTORNEY GENERAL OF TEXAS

### AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Olin Culberson, Commissioner
Railroad Commission of Texas
Austin, Texas

Dear Sir:

Opinion No. O-4351
Re: Traveling expenses of employees
of Railroad Commission on trips
to Washington, D. C.

We have your letter of January 23, in which you request the opinion of this department upon a question whether employees of the Railroad Commission of Texas may be reimbursed for their actual expenses for meals and lodging incurred on trips to Washington, D. C. to appear before defense authorities of the United States government, where such expenses exceed the sum of Four Dollars ($4.00) per day.

The departmental appropriation bill for the current biennium, Senate Bill 423, Acts Regular Session, 47th Legislature, carries in the general rider a number of provisions specifically regulating the matter of traveling expenses. Among these are the following:

"g. All employees traveling at the expense
of the state are hereby limited to the amount of
$4.00 per day expenses for meals and lodging;
. . ."

"f. It is expressly provided that the provisions of subsection 12g of this Act with reference to limitation of amount of traveling expense shall not apply to the Governor, the Lieutenant Governor, and the members of Commissions who receive no salary or per diem, when traveling in or out of the State. Nor shall said provision apply to the Adjutant General and his representatives when appearing before the Supreme Court of the United States and Federal agencies in Washington, D. C., nor the members of the Railroad Commission when appearing before the Interstate Commerce Commission or other Federal Commissions in Washington, D. C."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

It is to be observed that the exemption from the limitation imposed by Section 12g, conferred by Section 13f, extends only "to the members of the Railroad Commission." You are therefore advised that, in the absence of an exemption extending to the employees of the Railroad Commission, such employees traveling at the expense of the State are, by the provisions of Section 12g, limited to the amount of Four Dollars ($4.00) per day expenses for meals and lodging. The fact that the employees are required to appear before the Defense agencies of the Federal government in Washington, D. C. does not authorize the Comptroller or the State Treasurer to ignore the plain and positive provisions of the appropriation bill in respect to this matter.

Section 12d of the same rider, providing, in effect, that members and employees of the Railroad Commission attending hearings or oral arguments held before Courts or government Commissions in other States or Washington, D. C., involving rates and/or transportation matters, need not procure a written statement from the Attorney General in advance of the trip, advising that the purpose of the proposed trip is in the opinion of the Attorney General for State business purposes, does not relieve such employees from the limitation on the amount of traveling expenses imposed by Section 12g.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

R. W. Fairchild
Assistant

RWF:EP

APPROVED JAN 26, 1942
/s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB
CHAIRMAN